7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Lamora Elita Brown –ABOVE MED–
*Debtor*

*Bankruptcy Case No.*
16–41147–abf13

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
16–04093–abf

v.

**Lamora Elita Brown**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: the described unemployment insurance benefit indebtedness owed by Defendant Brown to KDoL in the amount of $1574, which is subject to statutory penalties in the amount of $395 (which penalty will be discharged in the event that debtor fully performs an approved bankruptcy plan and obtains a discharge pursuant to 11 U.S.C. 1328(a) but otherwise not, and interest as imposed pursuant to K.S.A. §44–719(d)(2), which interest has accrued in the amount of $259.71, all should be and hereby is ordered exempt from discharge pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S. C. 1328. Costs, in the form of filing fees in the amount of $350.00, are awarded in favor of KDoL and assessed against Defendant Brown.



PAIGE WYMORE–WYNN
Court Executive

By: /s/ Beth Graham
    Deputy Clerk

Date of issuance: 8/16/16

Court to serve